In Re Assessment of City of Huron, Beadle County,
South Dakota of the property of
E. C. McKENZIE
(46 N. W.2d 909)
(File No. 9159. Opinion filed March 26, 1951)

**R. W. Hutchinson,** Huron, for Appellants, City of Huron and Beadle County.

**Royhl & Benson,** Huron, for Respondent, E. C. McKenzie.

PER CURIAM. This is the companion case to another appeal entitled In re Robinson, 73 S.D. 580, 46 N.W.2d 908. The issues are the same and the judgment in this case is therefore also affirmed.